# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL ACTION NO. 5:23-cr-00169 |
| **ALFRED LESLIE PITTMAN,** | ) |
| Defendant. | ) |

### ORDER

It appearing to the Court that there are no pretrial motions to be resolved by the undersigned[1] in this matter, the motions hearing scheduled for October 2, 2024, at 10:00 a.m. is **CANCELLED**.

The Court **DIRECTS** the Clerk to provide a copy of this Order to the Defendant and counsel; to the Assistant United States Attorney; to the United States Probation Office; and to the Office of the United States Marshal.

**ENTERED**: September 26, 2024.



Omar J. Aboulhosn
United States Magistrate Judge

---

[1] Pursuant to the Standing Referral Order, motions to continue, motions to suppress evidence and motions in limine are reserved for resolution by Chief District Judge Frank W. Volk.